**DISMISS and Opinion Filed August 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00259-CV

**GLORIA VALICHKOFSKY BEY, Appellant**
**V.**
**CHURCHILL PROPERTIES, LLC, AND MISTY POSEY, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07116**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. On July 1, 2019, we ordered appellant's brief filed by July 31, 2019. When it was not filed, we notified appellant by postcard dated August 8, 2019 and directed her to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief nor has she corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190259F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

GLORIA VALICHKOFSKY BEY,
Appellant

No. 05-19-00259-CV     V.

CHURCHILL PROPERTIES, LLC, AND
MISTY POSEY, Appellees

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-07116.
Opinion delivered by Chief Justice Burns,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered August 27, 2019